UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ZEIDA MONTANEZ,**

    **Plaintiff,**

v.                                                       Case No: 6:17-cv-1175-Orl-41DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision of the Commissioner of Social Security denying her application for Social Security Disability benefits and Supplemental Security Income. United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 22), recommending that the final decision be reversed and remanded for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



Copies furnished to:

Counsel of Record